IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:03CR249 |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| ANTONIO J. CORNEJO-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Laurie Smith Camp for all dispositive matters.

DATED this 1st day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE